**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** : | **CHAPTER 11** |
| : | |
| **NuNET, INC.** : | **BANKRUPTCY NO. 05-21633(ELF)** |
| **d/b/a NuNET FIBER TECHNOLOGIES** : | |
| : | |
| **Debtor** : | |
| : | |

**FINAL DECREE**
**AND ORDER TO CLOSE CASE**

On this 15th day of Dec., 2006, upon consideration of the Motion of Debtor for the

Entry of a Final Decree and Order to Close Chapter 11 Case (the "Motion"), and upon review of the

Post-Confirmation Monthly Plan Implementation Reports, and after notice and hearing,

**IT IS HEREBY DETERMINED, THAT:**

~~1. The Debtor's estate has been fully administered;~~

*1.* The Debtor's Plan (as defined in the Motion) has been substantially

consummated; and it is hereby

**ORDERED** that the Debtor's Chapter 11 Case is **CLOSED.**

**BY THE COURT:**

HONORABLE ERIC L. FRANK,
UNITED STATES BANKRUPTCY JUDGE

**Interested Parties:**
See Attached List

Aris J. Karalis, Esquire
Robert W. Seitzer, Esquire
Maschmeyer Karalis P.C.
1900 Spruce Street
Philadelphia, PA 19103

Peter A. Lesser, Esquire
Sirlin, Gallogly & Lesser, P.C.
1529 Walnut Street
Suite 600
Philadelphia, PA 19102

George A. Reihner, Esquire
Kevin C. Quinn, Esquire
Wright & Reihner, P.C.
148 Adams Avenue
Scranton, PA 18503

Jennifer M. Davies, Esquire
Lamm, Rubenstone, Totaro & David, LLC
P.O. Box 8544
Bensalem, PA 19020-8544

Francis J. Lawall, Esquire
Pepper Hamilton & Scheetz
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Shawn M. Long, Esquire
Barley Snyder LLC
126 East King Street
Lancaster, PA 17602-2893

Ethan D. Ganc, Esquire
Halpern Battaglia Raicht, LLP
555 Madison Avenue
Ninth Floor
New York, NY 10022

Brett L. Messinger, Esquire
Duane Morris, LLP
One Liberty Place
Philadelphia, PA 19103

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Brice C. Paul, Esquire
Nogi, Appleton, Weinberger & Wren, P.C.
415 Wyoming Avenue
Scranton, PA 18503

Robert C. Nowalis, Esquire
Doran, Nowalis & Doran
67-69 Public Square
Suite 700
Wilkes-Barre, PA 18701

Sherry D. Lowe, Esquire
Lamm, Rubenstone, Totaro & David, LLC
P.O. Box 8544
Bensalem, PA 19020-8544

RSA Partners
c/o Willner Properties
Courtside Square Office Complex
150 Allendale Road
King of Prussia, PA 19406

Anthony R. Distasio, Esquire
Linton, Distasio, Adams & Edwards, P.C.
1720 Mineral Spring Road
P.O. Box 461
Reading, PA 19603-0461

John C. Kilgannon, Esquire
Stevens & Lee
1818 Market Street, 29th Floor
Philadelphia, PA 19103

Jerrold S. Kulback, Esquire
Alexander Nemiroff, Esquire
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033

John Keown, President
NuNet, Inc.
7535 Windsor Drive
Suite A305
Allentown, PA 18195

Steven D. Usdin, Esquire
Adelman, Lavine, Gold & Levin, P.C.
Four Penn Center, Suite 900
1600 J.F.K. Boulevard
Philadelphia, PA 19103

Gino L. Andreuzzi, Esquire
85 Drasher Road
Suite II
Drums, PA 18222

Denise A. Kuhn, Esquire
Senior Deputy Attorney General
Office of Attorney General
21 South 12th Street, Third Floor
Philadelphia, PA 19107-3603

Stephen J. Dzuranin, Esquire
Wix, Wenger & Weidner
508 North Second Street
P.O. Box 845
Harrisburg, PA 17108-0845

Robert M. Hirsh, Esquire
Duane Morris, LLP
380 Lexington Avenue
New York, NY 10168

Andrew Sklar, Esquire
Law Offices of Andrew Sklar, P.C.
411 Route 70 East
Suite 200
Cherry Hill, NJ 08034

Mitchell D. Cohen, Esquire
Arent Fox, PLLC
1675 Broadway
New York, NY 10019